# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Byron Hartshaw

        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:22−cv−00035

T.D.O.C.

        Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/19/2022 re [7].

Lynda M. Hill
s/ Lindsay Newsom, Deputy Clerk